IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| C. RAYBURN PRODUCTIONS AND POST, INC. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: WMN 02 CV 598 |
| DISCOVERING COMMUNICATIONS, INC. et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon review and consideration of Defendant Discovery Communications, Inc.'s Motion to Enlarge Time to answer the Complaint, it is this __8th__ day of April, 2002, hereby ORDERED:

1. That defendant's Motion to Enlarge Time be and hereby is GRANTED; and

2. Defendant Discovery Communications, Inc. has until April 19, 2002 to answer the Complaint.

_____
JUDGE