IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

C. RAYBURN PRODUCTIONS AND POST, INC.

    Plaintiff,

v.                         Civil Action No.: WMN-02-CV-598

ON TARGET CHALLENGE, INC., et al

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, C. Rayburn Production and Post, Inc., by its undersigned counsel, hereby dismisses this action against all defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: April 9, 2002

                                        James B. Astrachan
                                        Donna M.D. Thomas
                                        Astrachan, Gunst & Thomas, P.C.
                                        20 South Charles Street, 6th Fl.
                                        Baltimore, MD 21201
                                        (410) 783-3522
                                        Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2002, a copy of the foregoing Notice of Dismissal Without Prejudice was mailed, postage prepaid, to:

    On Target Challenge, Inc.
    c/o Norma Jean Dowd
    4801 Fairmont Ave., Suite 301
    Bethesda, MD 20814-6047
    Defendant

    Jack S. O'Connor
    6446 E. Trailridge Circle
    Mesa, AZ 85215
    Defendant

" APPROVED " THIS 10th DAY OF April, 2002

UNITED STATES DISTRICT JUDGE

Paul O. Davis, III
15312 Spencerville Court
Burtonsville, MD 20866
Defendant

James A. Rothschild, Esquire
Anderson, Coe & King, LLP
201 N. Charles St., Suite 2000
Baltimore, MD 21201-4135
Attorneys for Defendant
Discovery Communications, Inc.

*[signature]*
Donna M.D. Thomas